IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC<br>    *Plaintiff,*<br><br>v.<br><br>ROC DIGITAL MINING I LLC<br>    *Defendant.* | § § § § § § § § § | CIVIL ACTION NO. _____<br><br>**NOTICE OF REMOVAL**<br>**PURSUANT TO 28 U.S.C. § 1441(a)** |

**Exhibit A**

**INDEX OF EXHIBITS**

**Exhibit A**    Index of Exhibits

**Exhibit B**    Docket Sheet

**Exhibit C**    Plaintiff's Original Petition

**Exhibit D**    List of Parties and Counsel