IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. _____ |
| v. | § § | **NOTICE OF REMOVAL** |
| | § | **PURSUANT TO 28 U.S.C. § 1441(a)** |
| ROC DIGITAL MINING I LLC | § | |
| *Defendant.* | § | |

**Exhibit B**

**DOCKET SHEET**

Harris County Docket Sheet

# 2022-78832

**COURT:** 295th
**FILED DATE:** 12/5/2022
**CASE TYPE:** Debt/Contract - Debt/Contract



### AMERICAN MINING WAREHOUSE LLC
Attorney: WHITLEY, SAMUEL E

### vs.

### ROC DIGITAL MINING LLC

| Date | Comment |
|---|---|

Docket Sheet Entries

| HCDistrictclerk.com | AMERICAN MINING WAREHOUSE LLC vs. ROC DIGITAL MINING LLC | | | 12/12/2022 |
|---|---|---|---|---|
| | Cause: 202278832 | CDI: 7 | Court: 295 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 105408918 | Plaintiffs Original Petition | | 12/05/2022 | 6 |
| -> 105408919 | Affidavit of Tyler DeBoer | | 12/05/2022 | 1 |