IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC | § § § | |
|     *Plaintiff,* | § § | CIVIL ACTION NO. _____ |
| v. | § § | **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)** |
| ROC DIGITAL MINING I LLC | § § | |
|     *Defendant.* | § | |

## Exhibit D

## LIST OF PARTIES AND COUNSEL

1. **ATTORNEYS FOR PLAINTIFF,
   AMERICAN MINING WAREHOUSE LLC**

   WHITLEY LLP ATTORNEYS AT LAW

   Samuel E. Whitley
   swhitley@whitley-llp.com
   24285 Katy Freeway, Suite 300
   Katy, Texas 77494
   (281) 206-0433 Telephone
   (866) 512-7794 Facsimile

2. **ATTORNEYS FOR DEFENDANT,
   ROC DIGITAL MINING I LLC**

   ANDREWS MYERS, P.C.

   TIMOTHY C. ROSS
   tross@andrewsmyers.com
   D. ALAN APPLING
   aappling@andrewsmyers.com
   1885 Saint James Place, 15th Floor
   Houston, Texas 77056
   713-850-4200 – Telephone
   713-850-4211 – Facsimile