IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC <br>   *Plaintiff,* <br><br> v. <br><br> ROC DIGITAL MINING I LLC <br>   *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:22-CV-04309 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties [Dkt #2], Plaintiff hereby files this Corporate Disclosure Statement and Certificate of Interested Parties and in support thereof states the following:

1. No parent corporation or publicly traded corporation owns 10% or more of the stock of Plaintiff. Plaintiff is not a publicly traded company.

2. The following constitutes a list of all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

   Tyler Deboer

                 Respectfully submitted,

                 */s/ Samuel E. Whitley*
                 Samuel E. Whitley
                 Attorney-in-charge for Plaintiff American Mining Warehouse LLC

                 Texas Bar No. 24033331

Southern District of Texas No. 30003

Whitley LLP Attorneys at Law
24285 Katy Freeway, Suite 300
Katy, Texas 77494
(281) 206-0433 Telephone
(866) 512-7794 Facsimile
swhitley@whitley-llp.com