IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC<br>*Plaintiff,*<br><br>v.<br><br>ROC DIGITAL MINING I LLC<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-CV-4309 |

**EXHIBIT B: DECLARATION OF NICK MARROCCO**

| | |
|---|---|
| STATE OF MASSACHUSETTS | § |
| | § |
| COUNTY OF BRISTOL | § |

1. Pursuant to 28 U.S.C. §1746, I, NICK MARROCCO, declare from my personal knowledge that the following facts are true:

   | | |
   |---|---|
   | My full name is: | Nick Marrocco |
   | My date of birth is: | December 7, 1995 |
   | My current address is: | 33 Commercial Street |
   | | Raynham, Massachusetts 02767 |

2. I am over the age of eighteen (18) years, of sound mind, and I have never been convicted of a felony or a misdemeanor involving moral turpitude. I am in all respects legally competent to make sworn statements or testimony. I have personal knowledge of the facts contained herein and declare under penalty of perjury that they are true and correct.

3. I am the Manager for ROC DIGITAL MINING I, LLC ("ROC"). I have read Defendant's Amended Notice of Removal and the facts stated therein are within my personal knowledge and are true and correct.

4. ROC is a limited liability company organized under the laws of the Delaware with its principal place of business at 33 Commercial Street, Raynham, Massachusetts 02767.

5. ROC's members consist of the managing member, Roc Digital Mining Manager LLC ("ROCDMM") and certain class b members:

Roc Digital Mining LLC ("ROCDM"), Lighthouse Point Consulting LLC ("Lighthouse"), BitMine Immersion Technologies, Inc. ("BitMine"), Irwin Frankel, David Paolisso, Joseph Marrocco, and Melanie Foley.

6. ROCDMM is a limited liability company incorporated under the laws of the State of Delaware with its principal place of business in Massachusetts. ROCDMM's members are Roc Digital Mining LLC ("ROCDM"), Lighthouse Point Consulting LLC ("Lighthouse") and BitMine Immersion Technologies, Inc. ("BitMine"). I am the sole member of ROCDM and I am an individual resident of Massachusetts. Lighthouse's sole member is John Kelly who is an individual resident of Massachusetts. BitMine is a corporation that is organized under the laws of Delaware and maintains its principal place of business in Georgia.

7. The individual class b members of ROC, Irwin Frankel, David Paolisso, Joseph Marrocco, and Melanie Foley are each citizens of the state of Massachusetts.

8. I declare under penalty of perjury that all the matters stated in this declaration are within my personal knowledge and are true and correct.

EXECUTED on this the 2nd day of February 2023.

_____
Nick Marrocco
Manager for Roc Digital Mining I, LLC