IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN MINING WAREHOUSE LLC<br>　　*Plaintiff,*<br><br>v.<br><br>ROC DIGITAL MINING I LLC<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-CV-4309 |

### EXHIBIT C: DECLARATION OF D. ALAN APPLING

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

1. Pursuant to 28 U.S.C. §1746, I, D. ALAN APPLING, declare from my personal knowledge that the following facts are true:

   | | |
   |---|---|
   | My full name is: | Douglas Alan Appling |
   | My date of birth is: | November 11, 1987 |
   | My current address is: | Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056 |

2. I am over the age of eighteen (18) years, of sound mind, and I have never been convicted of a felony or a misdemeanor involving moral turpitude. I am in all respects legally competent to make sworn statements or testimony. I have personal knowledge of the facts contained herein and declare under penalty of perjury that they are true and correct.

3. Attached as Exhibit C-1 is a true and correct copy of the Certificate of Formation for Plaintiff, AMERICAN MINING WAREHOUSE, LLC, from Texas Secretary of State Website.

4. Attached as Exhibit C-2 is a true and correct copy of the information page from Plaintiff's Website.

5. I declare under penalty of perjury that all the matters stated in this declaration are within my personal knowledge and are true and correct.

EXECUTED on this the 2nd day of February 2023.

*Alan Appling*
D. ALAN APPLING