

contact us now for wholesale rates



# About Us

American Mining Warehouse was formed in 2022 with the goal of helping North American companies buy BTC mining hardware, quickly, and from a wholesaler here in the US.

American Mining Warehouse sells brand new, in-the-box, miners at a competitive price! You can pick up your items at one of our warehouse locations in Texas or we can deliver them to you within 2-3 business days.

# Executive Staff






TYLER DEBOER

DAVE COLEMAN

JUSTIN LUBERT

ANDREW SHWETZER



DARYL JONES

© 2023, American Mining Warehouse